NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI USA, INC., KCI MEDICAL RESOURCES, KCI MANUFACTURING, AND MEDICAL HOLDINGS LIMITED,**
*Plaintiffs,*

**AND**

**WAKE FOREST UNIVERSITY HEALTH SCIENCES,**
*Plaintiff-Appellant,*

**v.**

**SMITH & NEPHEW, INC.,**
*Defendant-Appellee.*

---

2011-1105

---

Appeal from the United States District Court for the Western District of Texas in case no. 08-CV-0102, Judge W. Royal Furgeson.

---

ON MOTION

---

ORDER

Wake Forest University Health Sciences moves without opposition for a 30-day extension of time, until November 7, 2011 to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew D. Powers, Esq.
    Joseph R. Re, Esq.
s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2011

JAN HORBALY
CLERK